Certificate Number: 02342-CAN-CC-010439566

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 29, 2010, at 2:15 o'clock PM PDT,

Betty A Aldama received from

Consumer Credit Counseling Service of San Francisco,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of California, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: March 30, 2010

By /s/Mireia Negre

Name Mireia Negre

Title Operations Representative

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 02342-CAN-CC-010439567

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 29, 2010, at 2:15 o'clock PM PDT,

Daniel L Aldama received from

Consumer Credit Counseling Service of San Francisco,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of California, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.


Date: March 30, 2010           By      /s/Mireia Negre

                               Name    Mireia Negre

                               Title   Operations Representative


\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).